

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00616-CV

Zaira **CABRAL**,
Appellant

v.

Mario G. **HERNANDEZ**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19205
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: April 26, 2017

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was filed on November 1, 2016. Because the trial court sustained the court reporter's contest to appellant's affidavit of inability to pay costs of appeal, we ordered appellant to either provide proof that the court reporter's fee had been paid, or to file the appellant's brief. *See* TEX. R. APP. P. 37.3(c). Appellant's brief was therefore due on March 20, 2017. On March 24, 2017, we ordered appellant to file, on or before April 11, 2017, a written response explaining why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to

comply with a court order).  Appellant failed to respond to our order.  We therefore dismiss this appeal for want of prosecution.

PER CURIAM